UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLAVIO CARRASCO AND ERASMO CARRASCO,<br><br>    Plaintiffs,<br>v.<br><br>HSBC BANK USA, N.A. AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF DEUTSCHE ALT-A SECURITIES MORTGAGE PASS-THROUGH CERTIFICATES, ET AL.,<br><br>    Defendants. | Case No.: C 11-02711 PSG<br><br>**ORDER FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE** |

On August 18, 2011, Defendants HSBC Bank USA, N.A. and BAC Home Loan Servicing, LP moved to dismiss. On August 19, 2011, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than August 26, 2011. Not all of the parties have consented (or otherwise responded to the August 26 order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: September 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*