**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   FLAVIO CARRASCO, *et al.*,                No. C-11-2711 EMC
9            Plaintiffs,
                                             **ORDER STRIKING PLAINTIFFS'**
10       v.                                   **PROPOSED ORDER FOR TRO**
11  HSBC BANK USA NATIONAL                    **(Docket No. 18)**
    ASSOCIATION, *et al.*,
12
              Defendants.
13  _____/
14
15       The Court is in receipt of a proposed order on an *ex parte* application for TRO submitted by
16  Plaintiffs.  Docket No. 18.  Plaintiffs have submitted no moving papers or other required
17  documentation in conjunction with its proposed order.  *See* Civ. L.R. 65-1.  Accordingly, the Court
18  hereby strikes Plaintiffs' proposed order.
19       This disposes of Docket No. 18.
20
21       IT IS SO ORDERED.
22
23  Dated:  September 19, 2011
24
25                                          _____
                                            EDWARD M. CHEN
26                                          United States District Judge
27
28