UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLAVIO CARRASO, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>HSBC BANK USA, N.A, *et al.*,<br><br>  Defendants.<br>_____/ | No. C-11-2711 EMC<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Docket No. 27)** |

A hearing on Plaintiff's application for a temporary restraining order is **set for February 23, 2012 at 1:30 p.m. before District Judge Edward M. Chen, Courtroom 5, 17th Floor**, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiffs are required to file and provide chambers with courtesy copies of all attachments[1] identified in Plaintiffs' papers by February 15, 2012 at 4:00 p.m. Plaintiffs must serve on Defendants the moving papers, attachments, and this Order by February 15, 2012 at 4:00 p.m.

Defendants must file their response to Plaintiffs' motion by February 21, 2012 at 5:00 p.m.

IT IS SO ORDERED.

Dated: February 14, 2012

_____
EDWARD M. CHEN
United States District Judge

---

[1] Because the Court is unable to locate Santa County Superior Court Civil Case No. 1-11-CV-196797, Plaintiffs must also file this case with Plaintiffs' attachments.